**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/30/2020

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 23, 2020

**BY ECF**

The Honorable Andrew L. Carter, Jr.
Southern District of New York
40 Foley Plaza
New York, NY 10007

> **MEMO ENDORSED**
>
> The Application is **GRANTED**. Status conference set for July 13, 2020 at 10:00 a.m. Time excluded.

Re:   **United States v. Corey Williams**
      **20 Cr 166 (ALC)**

Dear Judge Carter:

   I write with the consent of the Government to respectfully request the adjournment of Mr. Williams's next pretrial conference currently scheduled for May 4, 2020 due to the on-going COVID-19 crisis. The parties have reached an agreement in principle on a plea agreement, that Mr. Williams will enter into once he may do so in person.

   We respectfully request the Court set a conference for late June or early July with the hopes that the parties will be able to appear in person on that date. The defense waives speedy trial time until the date the Court sets.

   I thank the Court for its consideration of this request.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
April 30, 2020

cc:   AUSA David Robles, Esq.