**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District
Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 15, 2020

**BY ECF**

The Honorable Andrew L. Carter, Jr.
Southern District of New York
40 Foley Plaza
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/9/20

Re: **United States v. Corey Williams**
     **20 Cr 166 (ALC)**

Dear Judge Carter:

I write with the consent of the Government to respectfully request the adjournment of Mr. Williams's next pretrial conference currently scheduled for July 13, 2020 due to the on-going COVID-19 crisis and the need for one of my colleagues to get up to speed on the case. I am starting parental leave in early July and will be transferring the case to a new attorney. The parties have reached an agreement in principle on a plea agreement, that Mr. Williams will enter into once he may do so in person.

We respectfully request the Court set a conference for late August with the hopes that the parties will be able to appear in person on that date. The defense waives speedy trial time until the date the Court sets.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc: AUSA David Robles, Esq.

The application is granted. The status conference is adjourned to 9/22/20 at 12 p.m. Time excluded. So Ordered.

*[signed] Andrew L. Carter*
7/9/20