**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 1, 2021

**BY ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/4/21__

The Honorable Andrew L. Carter, Jr.
Southern District of New York
40 Foley Plaza
New York, NY 10007

Re: **United States v. Corey Williams**
20 Cr 166 (ALC)

Dear Judge Carter:

I write with the consent of the Government to respectfully request the adjournment of Mr. Williams's next pretrial conference currently scheduled for February 5, 2021, due to the on-going COVID-19 pandemic. The parties have reached an agreement in principle on a plea agreement that Mr. Williams will enter into once he may do so safely in person.

The parties are available to appear when the Court resumes in-person proceedings. The defense waives speedy trial time until the date the Court sets.

Thank you for consideration of this request.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(917) 612-2753

cc: AUSA David Robles, Esq.

The application is GRANTED. The pre-trial status conference is adjourned. A change of plea hearing is set for 5/21/21 at 11:00 a.m. Time excluded.

*/s/ Andrew L. Carter* 2/4/21