**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 13, 2021

**BY ECF**

The Honorable Andrew L. Carter, Jr.
Southern District of New York
40 Foley Plaza
New York, NY 10007

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-14-21

Re: **United States v. Corey Williams**
    **20 Cr 166 (ALC)**

Dear Judge Carter:

I write with the consent of the Government to respectfully request the adjournment of Mr. Williams's next pretrial conference currently scheduled for May 21, 2021. As mentioned in previous correspondence with the Court, the parties have reached an agreement in principle on a plea agreement that Mr. Williams will be prepared to enter into at the next status conference.

I am out of the jurisdiction and unavailable on May 21, 2021. Both parties are available for a change of plea proceeding the week of June 7 (**except** June 7 at 10:00 a.m. and June 10 at 1:00 p.m.).

Mr. Williams waives speedy trial time until the date the Court sets.

Thank you for consideration of this request.

*The application is granted. The change of plea hearing is adjourned to 6-9-21 at 10:00 a.m. So Ordered.*
*/s/ Andrew L. Carter*
*5-14-21*

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(917) 612-2753

cc: AUSA David Robles, Esq.