# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 4, 2021

**BY ECF**

The Honorable Andrew L. Carter, Jr.
Southern District of New York
40 Foley Plaza
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/7/21

Re: **United States v. Corey Williams**
**20 Cr 166 (ALC)**

Dear Judge Carter:

I write with the consent of the Government to respectfully request the adjournment of Mr. Williams's next pretrial conference currently scheduled for Thursday, June 10 to August 31 at 2 PM. The parties have reached an agreement in principle on a plea agreement, that Mr. Williams will enter into once he may do so in person. The defense waives speedy trial time until the date the Court sets.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *[signature]*
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc: AUSA David Robles, Esq.

The application is granted. Time excluded.
So Ordered.

*[signature]*
6/7/21