**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 9, 2021

**BY ECF**

The Honorable Andrew L. Carter, Jr.
Southern District of New York
40 Foley Plaza
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **6/9/21**

Re: **United States v. Corey Williams**
    **20 Cr 166 (ALC)**

Dear Judge Carter:

I write to request that the Court modify Mr. William's bail conditions to remove the condition of home detention enforced by electronic monitoring. Pretrial Services does not object to this request as Mr. Williams has been fully compliant with all aspects of his pretrial release and does not believe electronic monitoring is necessary to ensure Mr. Williams returns to Court or to protect the community. I do not have the Government's position as of yet and respectfully request the Government inform the Court of its position when able.

In the meantime, I write today because Mr. Williams requires temporary leave tomorrow, June 9, 2021, between 12 PM and 10 PM, to attend a family member's funeral in Manhattan and to be with his family following the service. As Pretrial agrees electronic monitoring is no longer necessary at all in this case, it does not object. The service will be near 7th Avenue and 114th Street in Manhattan. I thank the Court for its consideration of this request.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc: AUSA David Robles, Esq.

The application is **GRANTED**.
So Ordered.

*/s/ Andrew L. Carter*
6/9/21