# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 18, 2021

BY ECF

The Honorable Andrew L. Carter, Jr.
Southern District of New York
40 Foley Plaza
New York, NY 10007

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-21-21

Re: **United States v. Corey Williams**
    **20 Cr 166 (ALC)**

Dear Judge Carter:

I write to request that the Court modify Mr. Williams's bail conditions to remove the condition of home detention enforced by electronic monitoring. Pretrial Services does not object to this request as Mr. Williams has been fully compliant with all aspects of his pretrial release and does not believe electronic monitoring is necessary to ensure Mr. Williams returns to Court or to protect the community. The Government defers to Pretrial.

The Court so ordered a temporary bail modification last week for Mr. Williams to attend a funeral. To the extent that order was meant to also grant the above request, I apologize for the duplicative nature of this motion.

Thank you for your consideration of this request.

The application is ✓ granted.
~~denied.~~

*[signature]*
Andrew L. Carter Jr, U.S.D.J.
Dated: June 21, 2021
       NY, New York

Respectfully submitted,

/s/ *[signature]*
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc: AUSA David Robles, Esq.