DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-5-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Corey Williams,

               Defendants.,
------------------------------------------------------------X

20 Cr.166 (ALC)
**ORDER**

ANDREW L. CARTER, JR., District Judge:

      The August 31, 2021 status conference is converted to a change of plea hearing and adjourned to **September 9, 2021** at **12:00 p.m.**

      Accordingly, it is ORDERED: the time from August 31, 2021 through September 9, 2021 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       August 5, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE