USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8-26-21__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

      -against-

COREY WILLIAMS,

                Defendant.

--------------------------------------------------------------- x

20-CR-166 (ALC)

<u>ORDER</u>

ANDREW L. CARTER, JR., District Judge:

      The Change of Plea Hearing set for September 9, 2021 is rescheduled to September 8, 2021 at **12:00 p.m.**

**SO ORDERED.**

Dated:     New York, New York
             August 26, 2021

                                       _____
                                       ANDREW L. CARTER, JR.
                                       United States District Judge