**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 10, 2022

**BY ECF**

The Honorable Andrew L. Carter, Jr.
Southern District of New York
40 Foley Plaza
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/11/22

Re: **United States v. Corey Williams**
    **20 Cr 166 (ALC)**

Dear Judge Carter:

I write with the consent of the Government to respectfully request the adjournment of Mr. Williams's sentencing currently scheduled for Tuesday, February 1, 2022 for at least 45 days. I was unfortunately ill for much of December and need the additional time to catch up on work that I was unable to complete during that time. Mr. Williams is working full time and is fully compliant with all aspects of his pretrial supervision.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc: AUSA David Robles, Esq.

The application is **GRANTED**. The sentencing is adjourned to 3/29/22 at 2:00 p.m. So Ordered.

*/s/ Andrew L. Carter*
1/11/22